# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MITCHELL MIRAGLIA | \* |
| | \* |
| VERSUS | \* |
| | \* |
| THE BOARD OF DIRECTORS OF THE LOUISIANA STATE MUSEUM; STEVEN MAKLANSKY, in his official capacity as interim director of BOARD OF DIRECTORS OF THE LOUISIANA STATE MUSEUM; and THE SMITH ORGANIZATION, LLC d/b/a MONTY'S ON THE SQUARE | \* CIVIL ACTION NO. 2:18-cv-05695-JCZ-MBN |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the above and foregoing motion;

**IT IS ORDERED** that the above entitled and numbered cause be and the same hereby is dismissed, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 25th day of March, 2019.

_____
UNITED STATES DISTRICT COURT